IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NIKOLAS ALEXANDRIDIS,
KHALID (DAVID) EL SHERIFF,

    Plaintiffs,

v.                                      No. CV 12-0373 JB/KBM

LEE VAUGHN, ET AL.,

    Defendants.

ORDER TO SHOW CAUSE

This matter is before the Court *sua sponte*. By order entered on September 21, 2012 (Doc. 17), the Court required each Plaintiff to make an initial partial payment toward the statutory filing fee. Plaintiffs have not made the payments or otherwise responded to the order. Plaintiffs' failure to comply with the Court's orders and statutory requirements, or to show cause for excusing the failure, constitutes grounds for dismissing the complaint, *see Baker v. Suthers*, 9 F. App'x 947, 950 (10th Cir. 2001), and may result in dismissal of this action without further notice. The Court again reminds Plaintiffs that a *pro se* litigant may not represent another party. *See Fymbo v. State Farm Fire & Cas. Co.*, 213 F.3d 1320, 1321 (10th Cir. 2000).

IT IS THEREFORE ORDERED that, within fourteen (14) days from entry of this order, Plaintiffs submit the previously ordered payments or otherwise show cause why the complaint should not be dismissed; and the Clerk is directed to mail to each Plaintiff copies of this order and the previous order (Doc. 17).

_____
UNITED STATES CHIEF MAGISTRATE JUDGE